```
Verizon New York Inc.                Pay Group:      N4 - Weekly
140 West Street                      Pay Begin Date: 05/23/2010        Check #:     9092282
New York NY 10007                    Pay End Date:   05/29/2010        Check Date:  06/04/2010

Lorrie A Jackson                 Employee ID: 1300310          TAX DATA:       Federal    NY State
5711 Avenue N                    Mail Drop:   011540105        Marital Status: Single     Single
Brooklyn NY 11234                Location:    395 FLATBUSH AVE EXT   Allowances:  5       5
                                 Cycle Rate:  1237.50                Addl. Pct.:  0       0
                                                                     Addl. Amt.:  0       0
```

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings | Description | Current Tax Grs Cur | YTD | Tax Grs YTD |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay | 30.94 | 20.00 | 618.75 | 760.00 | 15530.62 | Fed Withhold | | 884.22 | 1126.83 | 25768.95 |
| Overtime Premium | | | | | 928.13 | Fed MED/EE | 12.82 | 884.22 | 373.65 | 25768.95 |
| Overtime Wages | | | | | 1485.00 | Fed OASDI/EE | 54.82 | 884.22 | 1597.67 | 25768.95 |
| Corp Profit Share | | | | | 770.00 | NY Withholdn | 37.16 | 884.22 | 1276.06 | 25768.95 |
| Excused Day Off | | | | | 742.50 | NY NEW YORK | 22.39 | 884.22 | 741.43 | 25768.95 |
| Holiday | | | | | 495.00 | | | | | |
| Other Paid Absence | | | | | 30.94 | | | | | |
| OT Adjustment | | | | | 43.51 | | | | | |
| Ot Pre-Sun Dbl Time | | | | | 247.50 | | | | | |
| Short Sickness AP | | | | | 1732.50 | | | | | |
| Vacation | 30.94 | 8.00 | 247.50 | | 2970.00 | | | | | |
| Differential | | | | | 402.31 | | | | | |
| Other** | | | .17 | 60 | 382.80 | | | | | |
| Total: | | 28.00 | 883.85 | 760.00 | 25,760.81 | Total: | 127.19 | | 5,115.64 | |

### BEFORE TAX DEDUCTIONS / AFTER TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | Writ of Garnishment | 86.38 | 88.38 | Taxable Grp Life Imptd | 0.37 | 8.14 |
| | | | Sav Plan Loan 8 | 52.57 | 1,103.97 | | | |
| | | | Sav Plan Loan 7 | 30.56 | 550.08 | | | |
| | | | Union Dues | 24.75 | 559.90 | | | |
| | | | CHA PAC | 0.25 | 5.50 | | | |
| Total: | | | Total: | 196.51 | 2,307.83 | * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 883.85 | 884.22 | 127.19 | 196.51 | 560.15 |
| YTD: | 25,760.81 | 25,768.95 | 5,115.64 | 2,307.83 | 18,337.34 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Check #9092282 | | 560.15 |
| Total: | | 560.15 |

** For additional details associated with this category, please go to ESS.
MESSAGE: Regular pay for 05/23/10 - 05/29/10. Exception pay for 05/23/10 - 05/29/10.

---

```
Verizon New York Inc.        60-160/433   The Bank of New York Mellon              Check No.
140 West Street                           Pittsburgh, PA                           9092282
New York NY 10007

                                          Date:  06/04/2010      Pay Amount: $560.15******

Pay    FIVE HUNDRED SIXTY AND 15/100 DOLLARS***************************************************

To
The
Order
Of     LORRIE A JACKSON                              VOID AFTER 180 DAYS
       5711 AVENUE   N
       BROOKLYN NY 11234                             Verizon Treasury
                                                     ─────────────────────────
                                                         Authorized Signature


      ⑈9092282⑈  ⑆043301601⑆    108″8016″
```